UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Charles & Jennifer Moody                :         Case #     06-50504

                                                                               :         Chapter 13

                                                                               :         Judge   Preston

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: 6/01/2011                                   /s/ Frank M. Pees_____
                                                             Frank M. Pees
                                                             Chapter 13 Trustee


Name and Address                              Amount
                                                              $216.43

Charles D Moody
Jennifer K Moody
500 S. Detroit St
Bellefontaine, OH 43311